IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES H. LESTER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00208 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| ANGELA GAUTIER, | ) | United States District Judge |
|     Defendant. | ) | |

**MEMORANDUM OPINION**

Plaintiff James H. Lester, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered May 9, 2017, the court conditionally filed this action and, *inter alia*, advised Lester that he must notify the court in writing immediately upon his transfer or release, and provide the court with a new address. (Dkt. No. 6.) The court warned Lester that failure to notify the court of a change of address would result in dismissal of the case. (*Id.*) On July 31, 2017, a court order was returned to the court as undeliverable and with no forwarding address. (Dkt. No. 9.) Lester has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Lester's complaint without prejudice. Lester is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: August 28, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge